IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK F. SCHULTZ and § | | |
| LANDMARK CONSOLIDATED, INC. § | CIVIL ACTION NO. A-17-cv-1088 | |
| Plaintiffs, § | | |
| § | | |
| vs. § | | |
| § | | |
| JOHN ACKER, and, § | | |
| MIRACLE STRIP HOLDINGS, X, LLC § | | |
| § | | |
| Defendants. § | | |

### DEFENDANTS' NOTICE OF USURY VIOLATION UNDER TEXAS FINANCE CODE SECTION 305.006(D).

TO PLAINTIFFS:

Pursuant to Texas Finance Code Section 305.006(d), Defendants have filed a counterclaim against you which alleges usury violations under the Texas Finance Code.  You are directed to paragraphs 115 through 131 of the ANSWER TO ORIGINAL COMPLAINT AND COUNTERCLAIMS BY DEFENDANTS JOHN ACKER AND MIRACLE STRIP HOLDINGS X, LLC filed concurrently herewith, explain the usury violations in detail.  You are further directed to section 305.006(d) of the Texas Finance Code for an available remedy of abatement and cure.

Dated:  December 26, 2017            Respectfully submitted:

The Majorie Firm Ltd.

By: _____
   Francis B. Majorie
   (Pro Hac Vice to be filed)
and

By: *Thomas J. Annis*
   Thomas J. Annis
1450 Cottonwood Valley Court
Irving, Texas 75038
Tel:  (214) 306-8107
Fax: (214) 522-07911

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY THAT, on this 26th day of December 2017, a true and correct copy of the foregoing was served counsel of record to Plaintiffs pursuant to the ECF system.

                                                            <u>/s/ Thomas J Annis          </u>