FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2018 JAN -8 AM 11: 23

MARK F. SCHULTZ and
LANDMARK CONSOLIDATED, INC.
       Plaintiffs-Counterclaim Defendants
-vs-                                              Case No. A-17-cv-1088

JOHN ACKER and
MIRACLE STRIP HOLDINGS X, LLC,
       Defendants-Counterclaimants

## ORDER

BE IT REMEMBERED on this the **8th** day of **January**, 20**18**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **FRANCIS B. MAJORIE** ("Applicant"), counsel for **Defendants-Counterclamants*** and the Court, having reviewed the motion, enters the following order:

*John Acker and Miracle Strip Holdings X, LLC

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Defendants-Counterclamants*** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **8th** day of **January** 20**18**.

_____
UNITED STATES DISTRICT JUDGE