FILED
18 MAR -5 AM 8:25
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK F. SCHULTZ and<br>LANDMARK CONSOLIDATED, INC.<br>        Plaintiffs,<br><br>VS.<br><br>JOHN ACKER, and,<br>MIRACLE STRIP HOLDINGS, X, LLC<br>        DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. A-17-cv-1088 LY<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS'/COUNTERDEFENDANTS MARK F. SCHULTZ AND LANDMARK CONSOLIDATED, INC'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM

Upon consideration of Plaintiffs/Counter-Defendants Mark F. Schultz and Landmark Consolidated, Inc.'s agreed motion for extension of time to respond to counterclaim, the Court hereby **ORDERS** that the Motion is **GRANTED** and Plaintiffs/counter-defendants Mark F. Schultz and Landmark Consolidated are ordered to respond to Defendants/Counter-Plaintiffs John Acker's Counterclaim on or before March 5, 2018.

SO ORDERED this _5th_ day of _March_, 2018

_____
Lee Yeakel
United States District Judge