IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARK F. SCHULTZ and § | |
| LANDMARK CONSOLIDATED, INC. § | |
| § | CIVIL ACTION NO. A-17-cv-1088 |
| Plaintiffs/ Counterclaim Defendants, § | |
| § | |
| vs. § | |
| § | |
| JOHN ACKER, and, § | |
| MIRACLE STRIP HOLDINGS, X, LLC § | |
| § | |
| Defendants/Counterclaimants. § | |

JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Mark F. Schultz and Landmark Consolidated, Inc. on one hand and John Acker and Miracle Strip Holdings X, LLC on the other, Plaintiff/ Counter Defendants and Defendants/Counterclaimants in the above-entitled and numbered cause, hereby NOTIFY THE Court that they have entered into a Settlement Agreement which calls for payments and ultimate entry of one of two types of judgment which is being held in escrow.

Pursuant to the Initial Pretrial Conference with the Court on October 10, 2018, the parties jointly request that the Court set a status conference in the case for a time convenient to the Court after January 13, 2020. The parties also request that the Court order that all other deadlines in the case be vacated.

Dated: October __, 2018

Respectfully submitted,

By: __/s/ Wanda J. Harkness_____
  WANDA J. HARKNESS
State Bar No. 09010100
LAW OFFICES OF WANDA J. HARKNESS
406 Sterzing Street, 3rd floor
Austin, Texas 78704
(512) 472-7467

(512) 474-7121    (Telecopier)
wjh@lawofficeswjh.com(email)
ATTORNEY IN CHARGE FOR
PLAINTIFFS/COUNTER-DEFENDANTS
MARK F. SCHULTZ and LANDMARK
CONSOLIDATED, INC.


THE MAJORIE FIRM, LTD.


By:  /s/ Francis B. Majorie
        Francis B. Majorie
1450 Cottonwood Valley Court
Irving, Texas 75038
(214) 306-8107 DD
(214) 522-7911 (Fax)
fbmajorie@themajoriefirm.com

ATTORNEY IN CHARGE FOR
DEFENDANTS/COUNTER-PLAINTIFFS
JOHN ACKER AND MIRACLE STRIP
HOLDINGS, X, LLC